# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WEATHERFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. TRIMBLE, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00899-SAB-PC<br><br>ORDER GRANTING AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>THIRTY DAY DEADLINE |

　　Plaintiff Weatherford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at the R .J. Donovan Correctional Facility in San Diego, brings this civil rights action against correctional officials at Pleasant Valley State Prison.  Plaintiff claims that he was subjected to unconstitutional conditions of confinement in violation of the Eighth Amendment by being exposed to Valley Fever spores.

　　On January 19, 2016, an order was entered, dismissing the complaint for failure to state a claim for relief and granting Plaintiff leave to file an amended complaint.  On February 18, 2016, the Court received a declaration from Benjamin Pavone of the Law Offices of Benjamin Pavone. Mr. Pavone declares that his offices represents Plaintiff in the <u>Birge</u> action pending in <u>Birge, et al., v. J. Beard, et al.</u>, 1:15cv01901-LJO-SAB-PC, and that he just became aware of this action.

Mr. Pavone further declares that given the constraints in the prison system, it is not possible for his office to circulate a substitution of attorney to Mr. Weatherford, get it back, and dismiss this case without prejudice before the thirty day deadline for filing an amended complaint. Mr. Pavone further declares that he has authority even without a substitution to request an additional thirty days to obtain authority specific to this case and to dispose of it in favor of the Birge filing.

Accordingly, IT IS HEREBY ORDERED that the time for filing an amended complaint in compliance with the January 19, 2016, order is extended to thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **February 22, 2016**

UNITED STATES MAGISTRATE JUDGE

2