# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WEATHERFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. TRIMBLE, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-0899-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR SUBSTITUTION OF COUNSEL<br>(ECF NO. 10)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br>(ECF NO. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at the R. J. Donovan Correctional Facility in San Diego, brings this civil rights action against correctional officials at Pleasant Valley State Prison.  Plaintiff claims that he was subjected to unconstitutional conditions of confinement in violation of the Eighth Amendment by being exposed to valley fever spores.[1]

　　　　On January 9, 2016, an order was entered, dismissing the complaint for failure to state a claim for relief and granting Plaintiff leave to file an amended complaint.  On February 18, 2016, the Court received a declaration from Benjamin Pavone of the Law Office of Benjamin Pavone. Mr. Pavone declared that his office represents Plaintiff in the action pending in Birge, et al., v. J.

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.)

1

Beard, et al., 1:15-cv-01901-LJO-SAB-PC, and that he just became aware of this action. Mr. Pavone declared that he had authority without a substitution of counsel to request an additional thirty days to obtain authority specific to this case and to dispose of it in favor of the Birge filing. On February 23, 2019, the Court granted Mr. Pavone's request. (ECF No. 9.)

On March 24, 2016, Plaintiff filed a request to substitute Mr. Pavone as his attorney. (ECF No. 10.) The request is signed by both Plaintiff and Mr. Pavone. Plaintiff's request is granted. Mr. Pavone is substituted as Plaintiff's counsel of record in this case.

On the same date, Mr. Pavone filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 11.) "[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc., v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)(quotation and citation omitted). "[A] dismissal under Rule 41 (a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 25, 2016**

UNITED STATES MAGISTRATE JUDGE